# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **Zacharie K. Hern,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-3001-CV-S-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Under The Equal Access to Justice Act,* filed October 30, 2014 [Doc. 24]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Under The Equal Access to Justice Act,* filed October 30, 2014 [Doc. 24] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,750.00 and costs of $350.00.

          */s/ John T. Maughmer*
          **John T. Maughmer**
          **United States Magistrate Judge**